# SMITH, GAMBRELL & RUSSELL, LLP

Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
TAXPAYER ID NO. 58-0967450

OFFICES:
ATLANTA
FRANKFURT
JACKSONVILLE
NEW YORK
WASHINGTON, DC

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

Date:                    October 21, 2009
Matter:                      700003.000
Invoice No.                      538638

Heidi J. Sorvino

Matter:   GENERAL LITIGATION

For Professional Services..................................................................$15,342.50

Disbursements.................................................................................$280.16

**Current Invoice Amount**..........................................................**$15,622.66**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED.
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA   30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA,   ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES:  SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLE ASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

# SMITH, GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

| | |
|---|---|
| Page | 1 |
| Date: | October 21, 2009 |
| Matter: | 700003.000 |
| Invoice No. | 538638 |

Heidi J. Sorvino

Matter: GENERAL LITIGATION

### For Professional Services

| | | | | |
|---|---|---|---|---|
| 09/10/09 | BNK | Telephone conference with Richard Honig concerning the Motion to Dismiss filed by Robert L'Abbate; follow-up e-mail to Heidi Sorvino regarding same | .10 | 47.50 |
| 09/11/09 | BNK | Telephone conferences with Richard Honig and the Court regarding adjourning the Debtors' Motion to Dismiss the Adversary Proceeding and the pre-trial conference | .20 | 95.00 |
| 09/14/09 | BNK | Review of allegations in Complaint Objecting to Dischargeability of Debt filed by Stuart Katz (1.1); calendar all upcoming dates (0.1); e-mail to Robert L'Abbate regarding same (0.1); review of caselaw concerning section 523(a)(4) (1.8); research concerning 523(a)(6) of the bankruptcy code (1.7) | 4.80 | 2280.00 |
| 09/15/09 | BNK | Review of allegations contained in the adversary complaint (1.6); research under sections 523(a)(2)(A) and 523(a)(2)(B) of the bankruptcy code in consideration of moving to dismiss the complaint (2.7); research under section 523(a)(4) of the Bankruptcy Code in consideration of moving to dismiss the complaint (1.8) | 6.10 | 2897.50 |
| 09/16/09 | BNK | Continue to review of allegations contained in the adversary complaint filed by Stuart Katz (0.7); research under section 523(a)(6) of the bankruptcy code in consideration of moving to dismiss the complaint (2.8); additional research under section 523(a)(4) of the Bankruptcy Code (1.2); review of underlying litigation file of litigation commenced by Stuart Katz against L'Abbate in State Court (1.5); review of underlying Indemnification Agreement (1.0) | 7.20 | 3420.00 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| Matter: | 700003.000 | | Page 2 |
|---|---|---|---|
| Invoice No. | 538638 | | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/17/09 | BNK | Review of allegations contained in the adversary complaint (0.8); research under section 523(a)(2)(A) and 523(a)(4) and the definitions of fiduciary duty in consideration of moving to dismiss the complaint (2.7); telephone conference with Robert L'Abbate regarding allegations in the complaint (0.5); telephone conference with Gary Kraft concerning the allegations in the adversary complaint (0.8); follow-up e-mails to Robert L'Abbate and Heidi Sorvino regarding same (0.4). | 5.20 | 2470.00 |
| 09/18/09 | BNK | Calls to Gary Kraft regarding the allegations in the adversary complaint Katz v. L'Abbate (0.4); review of documents obtained from client to locate any documents relevant to the allegations in the adversary complaint (1.5); review of additional cases under section 523(a)(6) of the bankruptcy code in consideration of dismissing the adversary complaint (1.7) | 3.60 | 1710.00 |
| 09/21/09 | BNK | Continue to review the allegations contained in the adversary complaint against Robert L'Abbate filed by Stuart Katz (0.9); perform research under section 523(a)(4) and 523(a)(6) of the Bankruptcy Code in consideration of making a motion to dismiss the adversary complaint (2.1) | 3.00 | 1425.00 |
| 09/22/09 | BNK | Perform research under 523(a)(2)(B) in connection with moving to dismiss the adversary complaint (1.5); calls to Gary Kraft regarding same (0.1) | 1.60 | 760.00 |
| 09/23/09 | BNK | Consideration given to moving to dismiss the adversary complaint against Robert L'Abbate filed by Stuart Katz (0.5) | .50 | 237.50 |
| | | TOTAL FEES FOR SERVICES | | $15,342.50 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Beth N. Kibel | 475.00 | 32.30 | 15,342.50 |
| TOTAL | | 32.30 | $15,342.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 07/30/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 4.00 |
| 07/31/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 92.40 |
| 08/03/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 23.60 |

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 700003.000 | Page 3 |
| Invoice No. | 538638 | October 21, 2009 |

| | | |
|---|---|---:|
| 08/04/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 4.00 |
| 08/11/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 4.00 |
| 08/17/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 35.84 |
| 08/20/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 15.04 |
| 08/31/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 100.08 |
| | Photocopying Expenses | 1.20 |
| | TOTAL | $280.16 |

# ACCOUNT SUMMARY

## CURRENT INVOICE AMOUNT                                    $15,622.66

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

# SMITH, GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

Date:                October 21, 2009
Matter:                700003.004
Invoice No.                538639

Heidi J. Sorvino

Matter:   FEE EMPLOYMENT APPLICATIONS

For Professional Services.................................................................$9,548.50

**Current Invoice Amount** .............................................................**$9,548.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED.
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA   30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA,   ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES:  SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

# SMITH, GAMBRELL & RUSSELL, LLP

Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
TAXPAYER ID NO. 58-0967450

OFFICES:
ATLANTA
FRANKFURT
JACKSONVILLE
NEW YORK
WASHINGTON, DC

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

| | |
|---|---|
| Page | 1 |
| Date: | October 21, 2009 |
| Matter: | 700003.004 |
| Invoice No. | 538639 |

Heidi J. Sorvino

Matter:   FEE EMPLOYMENT APPLICATIONS

### For Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/09 | MDW | Continue to review and edit Smith, Gambrell & Russell invoices through July and send same to Virginia Eden (1.1) | 1.10 | 275.00 |
| 09/02/09 | VSE | Review the proformas (0.8); telephone call with Mark Wessel regarding same (0.1) | .90 | 261.00 |
| 09/03/09 | MDW | Email with Nylema Nabbie regarding fee application submissions; call with Chris Stewart at Schepisi and McLaughlin regarding hearing on their fee application | .40 | 100.00 |
| 09/08/09 | VSE | Continue drafting the monthly fee statements (1.9) | 1.90 | 551.00 |
| 09/10/09 | MDW | Call with Nylema Nabbie regarding fee application and closing procedures (0.2); conference with Virginia Eden regarding Debtors' fee applications and filing of same (0.2); review of monthly fee statements and conference with Virginia Eden regarding same (0.4); review and edit July invoices and send same to Virginia Eden (0.5) | 1.30 | 325.00 |
| 09/10/09 | VSE | Review the August proformas for privilege (0.7); draft the first interim fee application (2.2) | 2.90 | 841.00 |
| 09/11/09 | MDW | Review August invoices and send same to Virginia Eden to finalize (0.6) | .60 | 150.00 |
| 09/11/09 | VSE | Continue drafting the monthly fee statements (4.6) | 4.60 | 1334.00 |
| 09/14/09 | VSE | Continue drafting the monthly fee statement and the First Interim Fee Application (6.3) | 6.30 | 1827.00 |
| 09/15/09 | MDW | Conference with Virginia Eden regarding Fee Statements and review of Final Monthly Fee Statements (0.6) | .60 | 150.00 |
| 09/15/09 | VSE | Continue drafting the monthly fee statement and the First Interim Fee Application (3.4) | 3.40 | 986.00 |

| Matter: | 700003.004 | Page 2 |
|---|---|---|
| Invoice No. | 538639 | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/16/09 | MDW | Review Fee Application of Gittleman, Muhlstock and Chewcaskie (0.5) | .50 | 125.00 |
| 09/16/09 | VSE | Continue drafting the monthly fee statement and the First Interim Fee Application (1.6) | 1.60 | 464.00 |
| 09/17/09 | VSE | Continue drafting the monthly fee statement and the First Interim Fee Application (3.8) | 3.80 | 1102.00 |
| 09/18/09 | MDW | Review First Interim Fee Application and conference with Heidi Sorvino regarding same (0.3); call with Virginia Eden and Peter Choi regarding service of Fee Statements (0.2); conference with Peter Choi regarding filing of same (0.3) | .80 | 200.00 |
| 09/21/09 | MDW | Conference with Peter Choi regarding First Interim Fee Application and service of monthly fee statements (0.4) | .40 | 100.00 |
| 09/21/09 | PC | Preparing and filing of First Interim Fee Application (2.5) | 2.50 | 437.50 |
| 09/22/09 | PC | Draft and file the certificate of service for Monthly Fee Statements and service of First Interim Fee Application (1.0) | 1.00 | 175.00 |
| 09/28/09 | VSE | Review filed fee statements and organize for hearing (0.5) | .50 | 145.00 |
| | | TOTAL FEES FOR SERVICES | | $9,548.50 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Virginia S. Eden | 290.00 | 25.90 | 7,511.00 |
| Mark D. Wessel | 250.00 | 5.70 | 1,425.00 |
| Peter Choi | 175.00 | 3.50 | 612.50 |
| TOTAL | | 35.10 | $9,548.50 |

## ACCOUNT SUMMARY

## CURRENT INVOICE AMOUNT                                      $9,548.50

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

# SMITH, GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

Date: October 21, 2009
Matter: 700003.005
Invoice No. 538640

Heidi J. Sorvino

Matter:   FEE EMPLOYMENT OBJECTIONS

For Professional Services......................................................................$727.50

**Current Invoice Amount** ..............................................................**$727.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA  30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA,   ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES:  SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

# SMITH GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

| | |
|---|---|
| Page | 1 |
| Date: | October 21, 2009 |
| Matter: | 700003.005 |
| Invoice No. | 538640 |

Heidi J. Sorvino

Matter:   FEE EMPLOYMENT OBJECTIONS

### For Professional Services

| | | | | |
|---|---|---|---|---|
| 09/01/09 | BNK | Review of the First Interim Application for Compensation filed by Amper Politziner & Mattia for the period 2/17/09 to 6/30/09; review of all time entries in connection with same; review of the First Interim Application for Compensation filed by Amper Politziner & Mattia for 411 Brinkerhoff for the period 3/2/09 to 6/30/09; review of all time entries in connection with same; conference with Mark Wessel regarding possible grounds for objection to same | .40 | 190.00 |
| 09/01/09 | MDW | Conference with Beth Kibel regarding Amper's Fee Application and review same (0.8); review Creditor's Committee's objection to Application of Silvana Raso and conference with Heidi Sorvino regarding same (0.4) | 1.20 | 300.00 |
| 09/02/09 | BNK | Continue to review the two First Interim Applications for Compensation filed by Amper Politziner & Mattia (0.2); review of all time entries in connection with same (0.1); conference with Mark Wessel regarding grounds for objection to same (0.1); follow-up telephone conference with Heidi Sorvino regarding same  (0.1) | .50 | 237.50 |

TOTAL FEES FOR SERVICES

$727.50

**SMITH, GAMBRELL & RUSSELL, LLP**

| | | |
|---|---|---|
| Matter: | 700003.005 | Page 2 |
| Invoice No. | 538640 | October 21, 2009 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Mark D. Wessel | 250.00 | 1.20 | 300.00 |
| Beth N. Kibel | 475.00 | 0.90 | 427.50 |
| TOTAL | | 2.10 | $727.50 |

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT** $727.50

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

# SMITH, GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
TAXPAYER ID NO. 58-0967450

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

Date: October 21, 2009
Matter: 700003.006
Invoice No. 538641

Heidi J. Sorvino

Matter:   CLAIMS ADMINISTRATION AND OBJECTIONS

For Professional Services...................................................$1,269.50

Disbursements.........................................................$343.76

**Current Invoice Amount**.........................................**$1,613.26**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA   30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA,   ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES:  SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

**SMITH, GAMBRELL & RUSSELL, LLP**
Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
TAXPAYER ID NO. 58-0967450

OFFICES:
ATLANTA
FRANKFURT
JACKSONVILLE
NEW YORK
WASHINGTON, DC

| | |
|---|---|
| | Page    1 |
| Robert L'Abbate | Date:    October 21, 2009 |
| 14 Bergen Street | Matter:    700003.006 |
| Hackensack, NJ 07607 | Invoice No.    538641 |

Heidi J. Sorvino

Matter:    CLAIMS ADMINISTRATION AND OBJECTIONS

**For Professional Services**

| | | | | |
|---|---|---|---|---|
| 09/03/09 | VSE | Update the master claims index and review recently filed proofs of claim (1.9) | 1.90 | 551.00 |
| 09/09/09 | VSE | Update the master claims index (0.4) | .40 | 116.00 |
| 09/14/09 | BNK | Review all of the proof of claims filed by Capital Investment Funding (0.5); consideration given to moving to expunge the claims (0.2) | .70 | 332.50 |
| 09/16/09 | HJS | Conference with Mark Wessel regarding High Point Administrative Claim; review documents regarding High Point claim | .40 | 270.00 |
| | | TOTAL FEES FOR SERVICES | | $1,269.50 |

**TIME AND FEE SUMMARY**

| | Rate | Hours | Amount |
|---|---|---|---|
| Virginia S. Eden | 290.00 | 2.30 | 667.00 |
| Heidi J. Sorvino | 675.00 | 0.40 | 270.00 |
| Beth N. Kibel | 475.00 | 0.70 | 332.50 |
| TOTAL | | 3.40 | $1,269.50 |

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLE ASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

SMITH, GAMBRELL & RUSSELL, LLP

| | | |
|---|---|---|
| Matter: | 700003.006 | Page 2 |
| Invoice No. | 538641 | October 21, 2009 |

## DISBURSEMENTS

07/28/09   Document Retrieval - - VENDOR: PACER SERVICE CENTER, INC.                      343.76

TOTAL                                                                                                                    $343.76

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                                                                   **$1,613.26**

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

# SMITH, GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

Date:             October 21, 2009
Matter:                700003.008
Invoice No.              538642

Heidi J. Sorvino

Matter:   CASE ADMINISTRATION

For Professional Services..............................................................$20,950.00

Disbursements.........................................................................$1,873.49

**Current Invoice Amount** .........................................................**$22,823.49**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA   30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA,   ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES:  SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLE ASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

# SMITH, GAMBRELL & RUSSELL, LLP

Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
TAXPAYER ID NO. 58-0967450

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

| | |
|---|---|
| Page | 1 |
| Date: | October 21, 2009 |
| Matter: | 700003.008 |
| Invoice No. | 538642 |

Heidi J. Sorvino

Matter:   CASE ADMINISTRATION

### For Professional Services

| | | | | |
|---|---|---|---|---|
| 09/01/09 | MDW | Emails with Robert L'Abbate and Gary Kraft regarding site plans, DIP accounts, 39 Union and 411 Brinkerhoff sales (0.3); call with Mo Bauer regarding Bergen 73 site plans and emails with Robert Schmidt and Mr. Bauer regarding same (0.3); emails with the Committee's Counsel regarding High Point budget and cash collateral order (0.2); call with Heidi Sorvino regarding auctioneers and related matters (0.3); calls with Rick Hehmeyer regarding Bogota property (0.2); call with Jeff Hubbard regarding auctioneer retention and proposal (0.2); calls with Shining Hsu regarding child support payments, calls with Robert L'Abbate regarding same (0.4) | 1.90 | 475.00 |

| Matter: | 700003.008 | Page 2 |
|---|---|---|
| Invoice No. | 538642 | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/02/09 | MDW | Review email from Morris Bauer regarding upcoming hearings and deadlines and review of calendar for same and discuss with Heidi Sorvino (0.3); review email from Mo Bauer regarding September 10th meeting and forward same to Debtor for review and input (0.1); call with Montegue Water regarding request for easement at High Point (0.1); call with Heidi Sorvino regarding rescheduling dates and meetings with the Debtor and the Committee (0.1); call to David Wallace regarding meeting with Community Corp. and call with Heidi Sorvino regarding same (0.2); call and emails with Robert L'Abbate regarding easement at High Point and potential purchaser of Upper Saddle River property (0.4); revise Final Order Authorizing the Debtors Use of Cash Collateral and send same and budget to counsel (0.4); emails with Committee Counsel and Accountants and Heidi Sorvino regarding meeting (0.3) | 1.90 | 475.00 |
| 09/02/09 | VSE | Update pleadings index, files and hearing calendar (0.9) | .90 | 261.00 |
| 09/03/09 | MDW | Email Final Order Authorizing Use of Cash Collateral to Chambers (0.2); email with Nylema Nabbie regarding Notice of Proposed Sale (0.1); email Gary Kraft regarding DIP Accounts at JP Morgan (0.1); call with David Wallace regarding conference between the Debtors and Community Corp, email with Heidi Sorvino regarding same (0.1); send Monthly Operating Reports to Silvana Raso (0.2); calls and emails with David Wallace and Heidi Sorvino regarding conference call between the parties (0.3) | 1.00 | 250.00 |
| 09/03/09 | VSE | Update pleadings index, files and hearing calendar (0.6) | .60 | 174.00 |
| 09/04/09 | MDW | Review Motion to Convert and email with Heidi Sorvino regarding same (0.5); calls with Robert L'Abbate regarding same (0.2) | .70 | 175.00 |
| 09/08/09 | HJS | Telephone conferences with Jeff Hubbard (0.5); telephone conference with William Fione (0.5); telephone conferences with David Catuogno (0.5); conferences with Mark Wessel (0.2); telephone conference with Raven (0.4); telephone conference with Mr. Wallace and Mr. Wessel (0.5) | 2.60 | 1755.00 |

| Matter: | 700003.008 | Page 3 |
|---|---|---|
| Invoice No. | 538642 | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/08/09 | MDW | Conference with Heidi Sorvino regarding upcoming meetings and hearings (0.2); review emails from Mo Bauer and Heidi Sorvino regarding meeting (0.2); emails with Debtors regarding documentation and availability (0.2); emails with Dave Catuougno regarding Bogota property (0.1); conference calls with Heidi Sorvino, Jeff Hubbard and Dave Catougno regarding retention of auctioneer (0.8); call with Heidi Sorvino and David Wallace regarding CCH's claims (0.5); call with William Fiore and Heidi Sorvino regarding retention of auctioneer and conference with Heidi Sorvino regarding same (0.2); review letter from David Wallace regarding charges from CCH and review memorandum of understanding between Debtors and CCH (0.4) | 2.60 | 650.00 |
| 09/08/09 | VSE | Update pleadings index, files and hearing calendar (0.4); draft, file and serve the Certificate of Service regarding the Final Order (0.6) | 1.00 | 290.00 |
| 09/09/09 | MDW | Call with Virginia Eden regarding service of notices; email David Wallace regarding CCH claims | .20 | 50.00 |
| 09/09/09 | MDW | Meeting with the Creditors Committee and Amper regarding possible claims the estates may have and related strategy (3.0); meeting with Weichert Commercial Brokerage regarding sales of the remaining properties and proposed auctions (3.0); preparation for and travel to and from both meetings (1.0); call with Nick Koluch at CoFinance regarding SkyMark properties (0.1) | 7.10 | 1775.00 |
| 09/09/09 | VSE | Telephone call from Mark Wessel regarding an adjournment of hearings (0.2); edit and file the Certificate of Service (0.4); update pleadings index, files and hearing calendar (0.4) | 1.00 | 290.00 |
| 09/10/09 | HJS | Telephone conference with Jeffrey Hubbard regarding retention of Sheldon Good | .20 | 135.00 |

| Matter: | 700003.008 | | Page 4 |
| Invoice No. | 538642 | | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/10/09 | MDW | Review letter from David Wallace regarding CCH's claims and email with Heidi Sorvino and Mr. Wallace regarding same (0.2); call with Silvano Raso regarding adjournment of hearing (0.1); call with Mo Bauer regarding hearing dates (0.1); review Consent Order Extending Dischargability, conference with Heidi Sorvino regarding same and email Robert Schmidt regarding same (0.4); call with Steven Gooby regarding Yamaha Motors claims and review documents regarding same and email (0.5); call with Gary Kraft regarding retention of Henry Lee and closing of commercial unit at 411 Brinkerhoff (0.3); calls with Chambers regarding hearing dates and adjournments (0.3); email counsel regarding upcoming hearing dates (0.2); email Dave Catougno regarding HUD and Bogota property (0.1); email Pat Segedin regarding Bogota property (0.1); email Debtors regarding Kennedy Funding and email Brian Chewcaskie regarding same (0.2) | 2.50 | 625.00 |
| 09/11/09 | MDW | Call with Nylema Nabbie regarding closing of commercial unit (0.2); call with Bob L'Abbate regarding status (0.4); review Final DIP Order and Sales Procedure Order (0.6); call with Palisades Park New Jersey regarding Notice of Proposed Sale and send same (0.2); emails and call with Dave Catougno regarding closing at 411 Brinkerhoff (0.2); call with Heidi Sorvino regarding various issues (0.2); review email from David Wallace and draft response regarding CCH's motion (1.0); conference with Virginia Eden and Peter Choi regarding service of notice and review of same (0.3); conference with Metro Star realty regarding retention (0.2); call with Wells Fargo regarding letter regarding debt on L'Abbate's house (0.2); call with Chris Stewart regarding hearing dates and email counsel regarding same (0.2); review emails from Bill Fiore regarding Clove Road and Banks position on auctions, email with Debtors regarding same (0.3); review letter from Nylema Nabbie to Dave Catougno regarding closing of commercial unit (0.2) | 4.20 | 1050.00 |
| 09/11/09 | PC | File and serve the Notice of Adjournment (1.0) | 1.00 | 175.00 |
| 09/14/09 | HJS | Review file by Stuart Katz (0.7); conferences with Mark Wessel regarding status (0.1); telephone conference with Richard Hehmeyer regarding proposal (0.4) | 1.20 | 810.00 |
| 09/14/09 | PC | File certificate of service regarding notice of adjournment (0.3); calendar hearing dates and deadlines per Beth Kibel's instructions (0.2) | .50 | 87.50 |
| 09/14/09 | VSE | Review the Notice of Adjournment and update the calendar | .20 | 58.00 |

| Matter: | 700003.008 | | | Page 5 |
| Invoice No. | 538642 | | | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/15/09 | HJS | Telephone conference with Michael Koppelman regarding Skymark (0.3) | .30 | 202.50 |
| 09/15/09 | MDW | Review emails from Mo Bauer and Committee members regarding status of case and email with Heidi Sorvino regarding same (0.2); call with Bankruptcy Court regarding Objections to Proposed Sales (0.1); conference with Beth Kibel regarding Katz Complaint (0.2); email with Gittleman Law Firm regarding service lists and review Order Establishing Procedure for Payment of Professional Fees (0.2); review contract with MetroStar and Debtors and revise retention application for MetroStar (0.5) | 1.20 | 300.00 |
| 09/15/09 | PC | Calendar and update dates per Beth Kibel's instructions | .30 | 52.50 |
| 09/16/09 | MDW | Review letter and affidavit from David Wallace regarding CCH claims, affidavit of William Cummings and discuss same with Heidi Sorvino (0.4); call with Eugene Burshtein regarding retention of Metro Star and review of documents for same (0.2); call with Michael Kopelman regarding Upper Saddle River (0.2); call with Mo Bauer regarding auctions and properties (0.2) | 1.00 | 250.00 |
| 09/17/09 | MDW | Call with potential purchaser of the paper on Upper Saddle River (0.3); review Stipulation and Consent Waiving Claims Against Columbia and discuss same with Heidi Sorvino (0.3); email and conference with Beth Kibel regarding Sheriff Sale (0.2); review letter from Nylema Nabbie regarding MetroStar Realty's commission (0.2); call with Bob L'Abbate regarding sale of assets and CCH (0.3) | 1.30 | 325.00 |
| 09/18/09 | HJS | Conference with Mark Wessel regarding High Point Administrative Claim and debris dumped on property (0.5); telephone conference with Jeffrey Hubbard regarding marketing proposal (1.2); telephone conference with Hehmeyer regarding Skymark proposal (1.0); review proposal from Mr. Hubbard and Hehmeyer (2.5); telephone conference with Hehmeyer and Mr. Hubbard regarding marketing expenses and proposals and review proposals (0.4) | 5.60 | 3780.00 |
| 09/18/09 | MDW | Review email and Police Statement from Bob L'Abbate and call to David Wallace regarding same (0.3); call with Bob L'Abbate regarding dumping on High Point Golf Club Property (0.5); review Court submissions of CCH (0.4); review letters from David Wallace regarding CCHP and the Golf Club (0.3); calls with Michael Kopelman regarding purchase of Secured Lenders' paper (0.2); draft letter to David Wallace and discuss same with Heidi Sorvino (0.4); review Weichert proposal and Committees' comments (0.6) | 2.70 | 675.00 |

| Matter: | 700003.008 | | | Page 6 |
|---|---|---|---|---|
| Invoice No. | 538642 | | | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/21/09 | HJS | Telephone conference with Jeffrey Hubbard regarding Skymark proposal (0.3); telephone conference with Mark Wessel regarding High Point Administrative Claim and Skymark proposal (0.2); review memo from Mo Bauer regarding proposals (0.5) | 1.00 | 675.00 |
| 09/21/09 | MDW | Email David Wallace regarding tomorrow's hearing (0.1); review Sheldon Good's proposal and forward same to Mo Bauer, Dave Catougno and William Fiore (0.4); call with David Wallace regarding CCHP's claim and hearing (0.3); call to Neil Vorhee regarding Upper Saddle River property (0.2) | 1.00 | 250.00 |
| 09/22/09 | MDW | Review Article regarding conversion of age restricted developments in New Jersey and conference with Heidi Sorvino regarding same; call with Pat Segedin regarding Bogota property | .30 | 75.00 |
| 09/22/09 | MDW | Continue Sheldon Good Retention Papers (0.8) | .80 | 200.00 |
| 09/23/09 | MDW | Email Bob L'Abbate regarding Environmental testing at the Golf Course (0.1); review email from Gary Kraft and attached 411 Brinkerhoff Contracts (0.2); emails with Shining Hsu and Silvana Raso regarding Bob L'Abbate's alimony (0.1); call with Pat Segedin regarding Debtors properties (0.2); call with Bob L'Abbate regarding taxes and additional status (0.2); review letter from David Wallace regarding environmental actions (0.2); call with NJ Dept. of Environmental Protection regarding water supply at HighPoint and call with Bob L'Abbate regarding same (0.2); further review and draft retention of Sheldon Good Application (0.3) | 1.50 | 375.00 |
| 09/24/09 | MDW | Conference with Michael Kopelman and Heidi Sorvino (0.3); conference with Heidi Sorvino regarding status of various motions and issues (0.4) | .70 | 175.00 |
| 09/24/09 | PC | File certificate of service for First Interim Fee Application (0.6); file and serve the Notice of Adjournment of Hearing (0.6) | 1.20 | 210.00 |
| 09/25/09 | HJS | Telephone conference with Mo Bauer and Warren Usatine regarding Skymark sale (0.4); telephone conference with Mark Wessel regarding motion to convert (0.5); review memos from William Fiori regarding proposal (0.3); review memos from Mr. Fiori, Mr. Wessel and Jeffrey Hubbard regarding proposals (0.8) | 1.80 | 1215.00 |

| | | | | |
|---|---|---|---|---|
| Matter: | 700003.008 | | | Page 7 |
| Invoice No. | 538642 | | | October 21, 2009 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/09 | MDW | Conference with Heidi Sorvino regarding term sheet and stipulation from Koppelman (0.2); send same to Mo Bauer and Warren Usitane (0.1); multiple emails with Heidi Sorvino and William Fiore regarding auctioneer retention (0.3); email with Mo Bauer regarding same (0.1); emails with Dave Catougno regarding Trustee's motion to Convert (0.1) review letter to Mo Bauer and Warren Usitane (0.1); draft Notice of Motion for Retention of Sheldon Good and Proposed Order (0.6) | 1.50 | 375.00 |
| 09/28/09 | MDW | Review Committee's Affidavit to Russell Lupino and Term Sheet (0.1); review and send Monthly Operating Reports to Virginia Eden (0.2); deal with issues related to the golf carts and conference with Heidi Sorvino regarding same (0.6) call with L'Abbate regarding same and various other administrative issues (0.4); email with Heidi Sorvino and Bill Fiore regarding retention of auctioneer (0.1) | 1.40 | 350.00 |
| 09/28/09 | PC | Telephone call with Judge Gambardella's chambers regarding adjournment of hearing | .20 | 35.00 |
| 09/29/09 | MDW | Review facsimile from Bob L'Abbate regarding Corporate Mergers and emails with Steven Gooby and Mr. L'Abbate regarding same (0.3); review emails from Mo Bauer and Warren Usitane regarding purchase of Columbia's paper (0.2); call with Mo Bauer regarding retention of Auctioneer (0.3) | .80 | 200.00 |
| 09/29/09 | VSE | Update pleadings index, files and hearing calendar (4.8) | 4.80 | 1392.00 |
| 09/30/09 | MDW | Call with Peter Schwartz regarding interest in High Point Golf Club (0.2); review Deed in Lieu from Dave Catougno and conference with Heidi Sorvino regarding same (0.3); conference with Heidi Sorvino regarding discussions with auctioneer and secured creditors (0.2); conference with Virginia Eden regarding Monthly Operating Reports and send email to Debtors regarding same (0.2) | .90 | 225.00 |
| 09/30/09 | PC | Update calendar with deadlines and hearings | .30 | 52.50 |
| | | TOTAL FEES FOR SERVICES | | $20,950.00 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Virginia S. Eden | 290.00 | 8.50 | 2,465.00 |
| Mark D. Wessel | 250.00 | 37.20 | 9,300.00 |

Matter:                700003.008                                                    Page 8
Invoice No.            538642                                               October 21, 2009

|  | Rate | Hours | Amount |
|---|---|---|---|
| Peter Choi | 175.00 | 3.50 | 612.50 |
| Heidi J. Sorvino | 675.00 | 12.70 | 8,572.50 |
| TOTAL |  | 61.90 | $20,950.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 07/23/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 5.92 |
| 07/30/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 26.00 |
| 08/12/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 4.00 |
| 08/18/09 | Document Retrieval - - VENDOR: PACER SERVICE CENTER,INC. | 32.72 |
| 09/10/09 | Local Travel Expenses - - VENDOR: HEIDI J. SORVINO | 11.00 |
|  | Express Delivery Service | 139.57 |
|  | Photocopying Expenses | 1,620.45 |
|  | Postage Charges | 33.83 |
|  | TOTAL | $1,873.49 |

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                          **$22,823.49**

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

# SMITH, GAMBRELL & RUSSELL, LLP

Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

Date: October 21, 2009
Matter: 700003.009
Invoice No. 538643

Heidi J. Sorvino

Matter:  BUSINESS OPERATIONS

For Professional Services...................................................................$640.50

**Current Invoice Amount** ...............................................................**$640.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA, ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES: SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

# SMITH, GAMBRELL & RUSSELL, LLP
Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309-3592
TAXPAYER ID NO. 58-0967450

OFFICES:
ATLANTA
FRANKFURT
JACKSONVILLE
NEW YORK
WASHINGTON, DC

| | |
|---|---|
| Robert L'Abbate | Page 1 |
| 14 Bergen Street | Date: October 21, 2009 |
| Hackensack, NJ 07607 | Matter: 700003.009 |
| | Invoice No. 538643 |

Heidi J. Sorvino

Matter:  BUSINESS OPERATIONS

### For Professional Services

| | | | | |
|---|---|---|---|---|
| 09/18/09 | PC | File and e-mail of monthly fee statements (2.5) | 2.50 | 437.50 |
| 09/30/09 | VSE | Review the August Monthly Operating Reports (0.6); telephone call to Mark Wessel regarding signatures (0.1) | .70 | 203.00 |
| | | TOTAL FEES FOR SERVICES | | $640.50 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Virginia S. Eden | 290.00 | 0.70 | 203.00 |
| Peter Choi | 175.00 | 2.50 | 437.50 |
| TOTAL | | 3.20 | $640.50 |

## ACCOUNT SUMMARY

**CURRENT INVOICE AMOUNT**                                                        **$640.50**

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

# SMITH, GAMBRELL & RUSSELL, LLP

Attorneys at Law
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

Date:                October 21, 2009
Matter:                  700003.010
Invoice No.                538644

Heidi J. Sorvino

Matter:   ASSET DISPOSITION

For Professional Services...................................................$10,042.50

Disbursements..................................................................$9.57

**Current Invoice Amount** ...........................................**$10,052.07**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA   30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA,   ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES:  SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

PAYMENT IS DUE ON PRESENTATION,
AND PAST DUE AFTER 30 DAYS

PLEASE ENCLOSE REMITTANCE PAGE
WITH PAYMENT TO ENSURE PROPER CREDIT

# SMITH, GAMBRELL & RUSSELL, LLP
**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

| | |
|---|---|
| Page | 1 |
| Date: | October 21, 2009 |
| Matter: | 700003.010 |
| Invoice No. | 538644 |

Heidi J. Sorvino

Matter: ASSET DISPOSITION

### For Professional Services

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/09 | MDW | Emails with Pat Segedin regarding Bogota property; telephone call with Dave Catougno regarding same | .30 | 75.00 |
| 09/02/09 | HJS | Telephone conferences with Jeffrey Hubbard regarding proposal to sell properties (0.3); review proposal (0.5) | .80 | 540.00 |
| 09/03/09 | MDW | Review Sheldon Good Proposal and conference with Heidi Sorvino regarding same (0.5) | .50 | 125.00 |
| 09/04/09 | HJS | Telephone conference with Testa regarding sale of property (Upper Saddle River, NJ) | .40 | 270.00 |
| 09/08/09 | MDW | Calls with Nick Koluch at CoFinance Inc. regarding Upper Saddle River property (0.4); emails with Pat Segedin regarding Blueprints at Bogota property (0.1); review floor plan blueprints for Bogota property and send same to Pat Segedin (0.4); emails with Weichert Commercial regarding USR property (0.2) | 1.10 | 275.00 |
| 09/09/09 | HJS | Meeting with Weichert, Hehmeyer and Calabro regarding sale of assets (2.0) | 2.00 | 1350.00 |
| 09/11/09 | HJS | Telephone conference with Hehmeyer (0.2); review memos from Mark Wessel and David Catuogno regarding Brinkerhoff in Bogota (0.6) | .80 | 540.00 |
| 09/13/09 | HJS | Review memo from Mo Bauer regarding sale of golf course (0.4); review documents regarding Hirsch (0.4) | .80 | 540.00 |
| 09/14/09 | HJS | Telephone conference with Mo Bauer regarding sale of property (3.6) | 3.60 | 2430.00 |

| Matter: | 700003.010 | | | Page 2 |
| Invoice No. | 538644 | | | October 21, 2009 |

| | | | | |
|---|---|---|---|---|
| 09/17/09 | HJS | Telephone conference with Michael Koppelman regarding Skymark sale (0.4); telephone conference with Hehmeyer regarding proposal (0.4); conference with Mark Wessel regarding Sheriff sale of Bergen (0.2); conference with Mr. Wessel (0.3) | 1.30 | 877.50 |
| 09/21/09 | HJS | Telephone conference with High Point regarding Bogota property (0.3); review documents received from Michael Koppelman (0.7) | 1.00 | 675.00 |
| 09/22/09 | MDW | Call with party interested in purchase of Columbia's paper on Upper Saddle River and discussion of 363 sale process | .20 | 50.00 |
| 09/28/09 | HJS | Review memo from Mo Bauer regarding Skymark sale (0.3); review documents in support of Skymark sale received from Mr. Bauer (0.8); review memos from Mr. Fiore regarding marketing expenses (0.4); meeting with Mr. Hubbard regarding marketing expenses and proposal (1.1) | 2.60 | 1755.00 |
| 09/29/09 | HJS | Review memos from Mo Bauer and Warren Usuatine regarding  Skymark proposal and sale to Kopelman (0.3); conference with Mark Wessel regarding same (0.2); review memo from Steve Gooby (0.3) | .80 | 540.00 |
| | | TOTAL FEES FOR SERVICES | | $10,042.50 |

## TIME AND FEE SUMMARY

| | Rate | Hours | Amount |
|---|---|---|---|
| Mark D. Wessel | 250.00 | 2.10 | 525.00 |
| Heidi J. Sorvino | 675.00 | 14.10 | 9,517.50 |
| TOTAL | | 16.20 | $10,042.50 |

## DISBURSEMENTS

| | |
|---|---|
| Express Delivery Service | 9.57 |
| TOTAL | $9.57 |

**SMITH, GAMBRELL & RUSSELL, LLP**

Matter:                    700003.010                                                                  Page 3
Invoice No.              538644                                                              October 21, 2009

# A C C O U N T   S U M M A R Y

**CURRENT INVOICE AMOUNT**                                          **$10,052.07**

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

# SMITH, GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia   30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

| | |
|---|---|
| Date: | October 21, 2009 |
| Matter: | 700003.014 |
| Invoice No. | 538645 |

Heidi J. Sorvino

Matter:   PLAN AND DISCLOSURE STATEMENT

For Professional Services.................................................................$1,687.50

**Current Invoice Amount** ...........................................................**$1,687.50**

THIS STATEMENT REFLECTS ALL PAYMENTS POSTED 5 DAYS PRIOR TO INVOICE DATE.
THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED.
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.

PLEASE SEND REMITTANCE TO:
SMITH, GAMBRELL & RUSSELL, LLP
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA   30309-3592

OR WIRE REMITTANCE TO:
WACHOVIA BANK, NA,   ABA #061000227
FOR THE ACCOUNT OF SMITH, GAMBRELL & RUSSELL, LLP
ACCOUNT #2000026118644
FOR INTERNATIONAL WIRES:  SWIFT = PNBPUS33

TO ENSURE PROPER CREDIT, PLEASE ADVISE US OF
YOUR WIRE AT CONTROLLER@SGRLAW.COM

# SMITH, GAMBRELL & RUSSELL, LLP

**Attorneys at Law**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
**TAXPAYER ID NO. 58-0967450**

OFFICES:
**ATLANTA**
**FRANKFURT**
**JACKSONVILLE**
**NEW YORK**
**WASHINGTON, DC**

Robert L'Abbate
14 Bergen Street
Hackensack, NJ 07607

| | |
|---|---|
| Page | 1 |
| Date: | October 21, 2009 |
| Matter: | 700003.014 |
| Invoice No. | 538645 |

Heidi J. Sorvino

Matter: PLAN AND DISCLOSURE STATEMENT

### For Professional Services

| | | | | |
|---|---|---|---|---|
| 09/09/09 | HJS | Meeting with Mark Wessel, Mo Bauer, and Wylan regarding strategy, cause of action, sale of assets and liquidating plan (2.5) | 2.50 | 1687.50 |
| | | TOTAL FEES FOR SERVICES | | $1,687.50 |

## T I M E   A N D   F E E   S U M M A R Y

| | Rate | Hours | Amount |
|---|---|---|---|
| Heidi J. Sorvino | 675.00 | 2.50 | 1,687.50 |
| TOTAL | | 2.50 | $1,687.50 |

## A C C O U N T   S U M M A R Y

**CURRENT INVOICE AMOUNT** **$1,687.50**

THIS STATEMENT MAY NOT INCLUDE CHARGES FOR WHICH WE HAVE NOT YET BEEN BILLED,
OR WHICH HAVE NOT YET BEEN POSTED. THESE WILL BE INCLUDED ON A LATER INVOICE.
CERTAIN CHARGES ON YOUR ACCOUNT INCLUDE AN ALLOCATION OF OVERHEAD ASSOCIATED WITH SUCH CHARGE.